### The Town of Martinsville *v.* Gillig.

APPEAL from the Morgan Circuit Court.

DOWNEY, J.—This case is similar in all respects to that of the same appellant against George Frieze at the present term, *ante*, p. 507, and for the reasons there given the judgment must be affirmed.

Judgment affirmed, with costs.

*A. Ennis*, for appellant.

*W. R. Harrison* and *W. S. Shirley*, for appellee.